IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

STATE OF WISCONSIN,

                                    Plaintiff,                                  ORDER

    v.

                                                                                     05-cv-632-bbc

HO-CHUNK NATION,

                                    Defendant.

_____

       Before the court is defendant Ho-Chunk Nation's motion to stay proceedings in this court while its petition for a writ of *certiorari* is pending before the United States Supreme Court. See dkt #138. Plaintiff, State of Wisconsin, strongly opposes this motion. See dkt. #139. Having carefully considered both sides' submissions and arguments, I am denying the motion. On this particular dispute, the State has a better argument: it is unlikely that the Supreme Court will grant *certiorari* and less likely that the Supreme Court will reverse the Seventh Circuit's decision on interlocutory appeal; the Nation will not suffer irreparable harm if this court acts on its mandate from the Seventh Circuit; there is potentially great harm to the State by delaying resolution of this matter even further; and, no public interest in served by delaying this case any longer than necessary. Therefore, this court declines to stay its decision on the pending summary judgment motion.

       Entered this 6th day of June, 2008.

                                                   BY THE COURT:

                                                   /s/

                                                 STEPHEN L. CROCKER
                                               Magistrate Judge