UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

STATE OF WISCONSIN,

      Plaintiff,

v.                                Case No.  05 C 0632 S

HO-CHUNK NATION,

      Defendant.

**JUDGMENT CONFIRMING ARBITRATOR'S AWARD
AND GRANT FURTHER RELIEF
[F.R.C.P. RULE 58 JUDGMENT]**

The Court, having considered the Stipulation to Vacate Stay and For Entry of a Judgment Confirming the Arbitrator's Award and Retaining Jurisdiction ("Stipulation") filed by the parties in this case, the Arbitration Award entered by the Court's appointed arbitrator, the Honorable William Norris, in the arbitration proceedings, including the parties' settlement agreement attached as Exhibit A to the Arbitration Award, and good cause appearing therefor, judgment is entered as follows:

    1.    The parties' motion to vacate the stay of this case is granted;

    2.    The parties' motion to confirm the Arbitration Award ("Award") is granted;

    3.    The parties are ordered to carry out the terms and conditions of both the Stipulation and the Award;

    4.    All remaining claims and causes of action pending before the Court that were not referred to arbitration are hereby dismissed without prejudice;

5. Upon the filing with this Court of a motion by either party, and evidence presented to the Court's satisfaction, that the parties' Third Amendment to the Wisconsin Tribe, Now Known as the Ho-Chunk Nation, and the State of Wisconsin Gaming Compact of 1992 was not approved by the Secretary of the Interior or by operation of law, pursuant to 25 U.S.C. § 2710(d)(8)(C), the Court will vacate this Judgment, reinstate this case, and the parties shall proceed to arbitration in the same manner as if the Stipulation had never been executed by the parties, this Judgment had never been entered, and the Award had never been rendered;

6. The Court shall retain jurisdiction of this case for the sole purpose of enforcing this Judgment and the Arbitrator's Award, and

7. Each party shall bear its own court costs and attorneys' fees.

DATED: September 22, 2008

*Barbara B. Crabb*
BARBARA CRABB
United States District Court Judge